**TAIWAN SEMICONDUCTOR MANU-FACTURING COMPANY, LTD.,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee,**

and

**Micron Technology, Inc.,**
Defendant–Appellee.

No. 01–1422.

United States Court of Appeals,
Federal Circuit.

April 10, 2002.

ORDER

Taiwan Semiconductor Manufacturing Company, Ltd., the United States, and Micron Technology, Inc. move jointly and without opposition to voluntarily dismiss appeal 01–1422.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All sides shall bear their own costs.